# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2024-0364
Lower Tribunal No. CF15-004120-XX

_____

WILLIAM MONROE GAINEY,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Polk County.
Jalal A. Harb, Judge.

October 14, 2025

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and SMITH and BROWNLEE, JJ., concur.


William Monroe Gainey, Lake City, pro se.

James Uthmeier, Attorney General, Tallahassee, and David Campbell, Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED